IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE 1993 CHEVROLET SUBURBAN, )<br>VIN 1GNFK16K2PJ382871 )<br>)<br>Defendant. ) | Civil Action No. 05-1462 |

ORDER

AND NOW, this 21ˢᵀ day of Mᴀʀ, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the stay of this civil action entered in the above-captioned case is hereby lifted.

_____
UNITED STATES DISTRICT COURT