IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )
                                )
        v.                      )       Civil Action No. 05-1462
                                )
ONE 1993 CHEVROLET SUBURBAN,    )
VIN 1GNFK16K2PJ382871           )
                                )
                  Defendant.    )

ORDER

AND NOW, this 14th day of Jan, 2008, it is hereby ORDERED,

ADJUDGED AND DECREED, that George Crute is directed to file a verified claim signed by

George Crute under penalty of perjury in accordance with 18 U.S.C. 983 (4) (A) and Supplemental

Admiralty Rule G (5) on or before February 13, 2008.

It is further ORDERED that George Crute is directed to file an answer within 20 days of

filing his verified claim.

_____
UNITED STATES DISTRICT COURT