IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1462 |
| ) | |
| ONE 1993 CHEVROLET SUBURBAN, ) | |
| VIN 1GNFK16K2PJ382871 ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 22 day of Feb, 2008, it is hereby

ORDERED, ADJUDGED, and DECREED that the Defendant Vehicle be, and hereby is, forfeited

to the United States of America free and clear of all right, title and interest of any person or entity.

_____
United States District Court