IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1462 |
| | ) | |
| ONE 1993 CHEVROLET SUBURBAN, | ) | |
| VIN 1GNFK16K2PJ382871 | ) | |

## O R D E R

AND NOW, in Pittsburgh, Pennsylvania, this 25th day of Aug, 2010, it is hereby ORDERED that the motion (docket # 14) filed by George W. Crute, III, to set aside the judicial forfeiture of the defendant Black Chevrolet Suburban vehicle (hereinafter the Chevrolet Vehicle) by Order dated February 22, 2008, be, and hereby is, denied.

_____
Chief United States District Judge